IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK,           )
NATIONAL ASSOCIATION,       )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:16cv779-MHT
                            )          (WO)
2R, INC., et al.,           )
                            )
     Defendants.            )
```

## JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Wells Fargo Bank, National Association's motion for default judgment against defendants 2R, Inc. and 3D Automotive Management Corp. (doc. no. 18) is granted.

(2) Judgment is entered in favor of plaintiff Wells Fargo Bank, National Association and against defendants 2R, Inc. and 3D Automotive Management Corp.

(3) Plaintiff Wells Fargo Bank, National Association shall recover from defendants 2R, Inc. and 3D Automotive Management Corp., jointly and severally, money damages in the total amount of $ 372,016.13, which consists, in

part, of $ 353,978.66 in outstanding and unpaid principal, $ 17,199.92 in accrued and unpaid interest, and $ 837.55 in late fees.

    (4) Plaintiff Wells Fargo Bank, National Association also shall recover from defendants 2R, Inc. and 3D Automotive Management Corp., jointly and severally, all costs reasonably incurred in enforcing and collecting the outstanding indebtedness, including but not limited to attorneys' fees, costs of collection, and court costs. The amount of such costs shall be determined upon the filing of a motion supported by evidence as to the reasonableness of the costs sought, and plaintiff Wells Fargo Bank, National Association may await the complete resolution of this case on the merits before filing said motion, should it so desire.

    (5) Court costs are taxed against defendants 2R, Inc. and 3D Automotive Management Corp., for which execution may issue.

2

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed, and is referred to the United States Magistrate Judge for further proceedings.**

**DONE, this the 28th day of February, 2017.**

                                         /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**