IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:16cv779-MHT (WO) |
| 2R, INC., et al., | ) ) | |
| Defendants. | ) | |

OPINION

Plaintiff Wells Fargo Bank, National Association, filed this lawsuit against defendants 2R, Inc., Donald K. Cameron, III, David L. DeWolf, and 3D Automotive Management Corp., bringing several state-law claims arising from 2R's default on a line-of-credit loan and the other defendants' breach of their agreements to guarantee the note. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for summary judgment against defendants Cameron and DeWolf be granted. Also before the court is defendant DeWolf's

objection to the recommendation.  After an independent and de novo review of the record, the court concludes that defendant DeWolf's objection should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2017.

                               /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**