IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK,            )
NATIONAL ASSOCIATION,        )
                             )
      Plaintiff,             )
                             )      CIVIL ACTION NO.
      v.                     )        2:16cv779-MHT
                             )             (WO)
2R, INC., et al.,            )
                             )
      Defendants.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant David L. DeWolf's objection (doc. no. 37) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 36) is adopted.

(3) Defendant's motion for summary judgment against defendants Donald K. Cameron, III, and David L. DeWolf (doc. no. 19) is granted.

(4) Judgment is entered in favor plaintiff and against defendants Donald K. Cameron, III, and David L. DeWolf in the amount of $ 374,776.61.

It is further ordered that costs are taxed against said defendants Cameron and DeWolf, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of June, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**